**Mary L. PRAY**

v.

**UNION MUTUAL INSURANCE COMPANY OF PROVIDENCE et al.**

No. 80–280–A.

Supreme Court of Rhode Island.

June 11, 1981.

Bradford Gorham, Providence, for plaintiff.

Edward W. Moses, Providence, for defendants.

## ORDER

The plaintiff's motion for amendment of the rate of interest on the judgment, as prayed, is denied.